IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01980-PAC-BNB

PAGOSA INVESTMENT & DEVELOPMENT, LLC., a Colorado limited liability company,

    Plaintiff(s),

v.

LAUREL BUESCHER,

    Defendant(s).

_____

### *AMENDED* MINUTE ORDER/ORDER OF REFERENCE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that pursuant to the Order of Reference, filed December 27, 2005, the prior Order of Reference of October 14, 2005 is **vacated.**

    IT IS **ORDERED** that pursuant to 28 U.S.C.A. § 636(b)(1)(A), this case is referred to Magistrate Judge Boyd N. Boland for the purpose of Settlement only.

    The Scheduling Order entered on December 16, 2005, will remain in full force and effect.

    A Final Pretrial Conference shall be held on **October 27, 2006 at 9:00 a.m.** in Courtroom A501. The proposed Pretrial Order is due on or before **October 23, 2006.**

    IT IS **ORDERED** that a six day jury trial is set to begin **December 11, 2006 at 1:30 p.m.** Trial will then proceed at **8:30 a.m. December 12, 13, 14, 15, and 18, 2006**, in Courtroom A501.

    IT IS **FURTHER ORDERED** that the final trial prep conference shall be held on ***November 16, 2006 at 10:00 a.m.,*** in Courtroom A501.

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have on their person valid, current, photo identification when entering the courthouse.

Dated: February 9, 2006