IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01980-PAC-BNB

PAGOSA INVESTMENT & DEVELOPMENT, LLC., a Colorado limited liability company,

    Plaintiff(s),

v.

LAUREL BUESCHER, an individual,

    Defendant(s).

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendant Buescher's Motion Requesting Clarification [filed February 21, 2006; Doc. No. 29] is **GRANTED**.

    IT IS **FURTHER ORDERED** that any reference to a jury trial in previous orders is stricken.  This matter is set for trial to the Court to begin December 11, 2006 at 8:30 a.m. and continuing each day through December 18, 2006.

Dated:  February 24, 2006