IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   1:05-cv-01980-PAC-BNB

PAGOSA INVESTMENT & DEVELOPMENT, LLC,

  Plaintiff,

v.

LAUREL BUESCHER,

  Defendant,

---

ORDER AMENDING THE PLEADINGS AND
JOINING THIRD-PARTY DEFENDANTS

---

Upon consideration of the Motion of Plaintiff Buescher to join Carl Valldejuli, Blue Sky Ranch of Colorado, LLC, a Colorado limited liability company, SMCR, LLC, a Florida limited liability company, SMCR, Blue Sky Property, LLC, a Florida limited liability company, Ron Woods and Sam McRoberts as Third Party Defendants in this action pursuant to Fed. R. Civ. P. 14, [Doc. # 21] and being fully advised in the premises, the Court hereby:

**FINDS:**

A. That there may be common questions of law and fact involving claims of the Defendant against the Plaintiff and the claims of the Defendant against Carl Valldejuli, Blue Sky Ranch of Colorado, LLC, SMCR, LLC, SMCR Blue Sky Property, LLC, Ron Woods and Sam McRoberts;

B. That the counterclaims of the Defendant against Plaintiff and Carl Valldejuli,

Blue Sky Ranch of Colorado, LLC, SMCR, LLC, SMCR Blue Sky Property, LLC, Ron Woods and Sam McRoberts may arise out of the same occurrences, transactions, or series thereof;

C. That Joinder of Carl Valldejuli, Blue Sky Ranch of Colorado, LLC, SMCR, LLC, SMCR Blue Sky Property, LLC, Ron Woods and Sam McRoberts is feasible and they are subject to service of process and jurisdiction of this Court;

D. That it is in the interest of justice and judicial economy that Carl Valldejuli, Blue Sky Ranch of Colorado, LLC, SMCR, LLC, SMCR Blue Sky of Property, LLC, Ron Woods and Sam McRoberts be joined as Third Party Defendants in this action; it is therefore

ORDERED:

1. That Defendant's Motion to Join Carl Valldejuli, Blue Sky Ranch of Colorado, LLC, SMCR, LLC, SMCR Blue Sky Property, LLC, Ron Woods and Sam McRoberts as Counterclaim Defendants is hereby GRANTED.

2. Defendant shall serve a copy of the Amended Answer, Counterclaims and Third Party Complaint upon Carl Valldejuli, Blue Sky Ranch of Colorado, LLC, SMCR, LLC, SMCR Blue Sky Property, LLC, Ron Woods and Sam McRoberts, together with a copy of this Order, forthwith and immediately;

3. Third Party Defendants Carl Valldejuli, Blue Sky Ranch of Colorado, LLC, SMCR, LLC, SMCR Blue Sky Property, LLC, Ron Woods and Sam McRoberts shall have the time provided by the Federal Rules of Civil Procedure in which to file responsive pleadings thereto, the Amended Answer, Counterclaims being deemed original process as to Third Party Defendants Carl Valldejuli, Blue Sky Ranch of Colorado, LLC, SMCR, LLC, SMCR Blue Sky Property, LLC, Ron

Woods and Sam McRoberts. and the Amended Answer, counter-claims & Third Party complaint is to be filed March 6, 06.

DONE this 5th day of March, 2006.

BY THE COURT:

S/ Patricia Coan
Magistrate Judge Patricia Coan