IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01980-PAC-BNB

PAGOSA INVESTMENT & DEVELOPMENT, LLC., a Colorado limited liability company,

    Plaintiff,

v.

LAUREL BUESCHER, an individual,

    Defendant/Third Party Plaintiff,

v.

CARL VALLDEJULI, BLUE SKY RANCH OF COLORADO, LLC,
a Colorado limited liability company,
SMCR, LLC, a Florida limited liability company,
SMCR BLUE SKY PROPERTY, LLC,
a Florida limited liability company,
SAM MCROBERTS, and
RON WOODS,

    Third Party Defendants.

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Plaintiff's Unopposed Motion to Amend the Scheduling Order dated May 10, 2006 (doc. 47) is granted in part and denied in part. The deadlines in the scheduling order, and as later extended, are vacated. The final pretrial conference, final trial prep conference, and bench trial are vacated.

    IT IS FURTHER **ORDERED** that a scheduling conference is set for **June 15, 2006 at 9:00 a.m.** The amended scheduling order is due by **June 8, 2006.**

    In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  May 12, 2006