IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01980-PAC-BNB

PAGOSA INVESTMENT & DEVELOPMENT, LLC., a Colorado limited liability company,

    Plaintiff,

v.

LAUREL BUESCHER, an individual,

    Defendant/Third Party Plaintiff,

v.

CARL VALLDEJULI, BLUE SKY RANCH OF COLORADO, LLC,
a Colorado limited liability company,
SMCR, LLC, a Florida limited liability company,
SMCR BLUE SKY PROPERTY, LLC,
a Florida limited liability company,
SAM MCROBERTS, and
RON WOODS,

    Third Party Defendants.

_____

**ORDER OF DISMISSAL and VACATING SCHEDULING CONFERENCE**
_____

This matter is before the Court on the parties' Joint Stipulation of Dismissal of all Claims Without Prejudice [filed June 2, 2006; Doc. No. 50].  It is hereby

**ORDERED** that all claims, counterclaims and third party claims are dismissed without prejudice.  Each party is to pay his or her own costs and attorneys' fees.  It is

**FURTHER ORDERED** that the Scheduling Conference set for June 15, 2006 is vacated.

Dated this 5th day of June 2006.

BY THE COURT:

s/Patricia A. Coan
United States Magistrate Judge